**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Christina Marie Jarvis, | ) | No. 19 B 33056 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

**ORDER SETTING HEARING**
**ON REAFFIRMATION AGREEMENT**

Pursuant to sections 524(k)(6) and (m) of the Bankruptcy Code, 11 U.S.C. §§ 524(k)(6), (m), the court will hold a hearing on **March 11, 2020, at 10:30 a.m.** to determine whether the reaffirmation agreement with **Home Point Financial Corporation**, filed on February 5, 2020, **(docket entry no. 22)**, poses an undue hardship to the debtor. The agreement is presumed to pose an undue hardship, and the debtor has the burden of rebutting the presumption. The hearing will be held in **Courtroom 642, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**. If the debtor fails to appear for the hearing, the agreement will be disapproved.

A copy of this order will be sent to the debtor by regular mail.

Dated: February 14, 2020

_____
A. Benjamin Goldgar
United States Bankruptcy Judge